UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Shauna L. Simpson

Case No.: 18-22632
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __10/02/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 712 South Main Street<br>Williamstown, NJ<br>Value $111,451.00 |
|---|---|

| Liens on property: | Ditech Financial<br>$151,567.00<br>Discover<br>$11,292.00<br>Bank of America<br>$6,162.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-22632-JNP
Shauna L Simpson                                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 29, 2018
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.

```
db             +Shauna L Simpson,    712 S. Main Street,    Williamstown, NJ 08094-2702
517606789      +APOTHAKER & ASSOCIATES,    520 FELLOWSHIP ROAD,    C306,   Mount Laurel, NJ 08054-3410
517606791      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517606790      +Bank of America,    P.O. Box 15710,    Wilmington, DE 19886-5710
517606792      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517606798      +FEIN, SUCH, KAHN, & SHEPARD, P.C.,    7 CENTURY DRIVE,    SUITE 201,   Parsippany, NJ 07054-4673
517606800       FORSTER & GARBUS,   P.O. BOX 9030,    Farmingdale, NY 11735
517606797      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
517606799      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,   Mount Laurel, NJ 08054-7388
517606801      +HAYT, HAYT, & LANDAU, LLC,    MERIDIAN CENTER 1,    2 INDUSTRIAL WAY WEST,
                 Eatontown, NJ 07724-2279
517606805      +MERCANTILE ADJUSTMENT BUREAU,    P.O. BOX 9016,   Buffalo, NY 14231-9016
517606804      +Macys/DSNB,    Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
517606806      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517606811      +TENAGLIA & HUNT,    295 W. PASSAIC STREET,    STE. 205,   Rochelle Park, NJ 07662-3002
517606812      +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
517606813      +Wf/floorin,    Po Box 14517,    Des Moines, IA 50306-3517
517606814      +Wf/raymour,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2018 23:30:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2018 23:30:33     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517606788      +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2018 23:29:40     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
517606793      +E-mail/Text: legal-dept@cooperhealth.edu Aug 29 2018 23:31:37     COOPER UNIVERSITY HOSPITAL,
                 P.O. BOX 6037,   Bellmawr, NJ 08099-6037
517606794      +E-mail/Text: mrdiscen@discover.com Aug 29 2018 23:29:42     DISCOVER BANK,   P.O. BOX 3025,
                 New Albany, OH 43054-3025
517606796      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 23:30:11     DITECH FINANCIAL LLC,
                 P.O. BOX 6172,   Rapid City, SD 57709-6172
517606795      +E-mail/Text: mrdiscen@discover.com Aug 29 2018 23:29:42     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517606802      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2018 23:29:51     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
517606803       E-mail/Text: camanagement@mtb.com Aug 29 2018 23:30:13     M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,   Williamsville, NY 14221
517606807      +E-mail/PDF: pa_dc_claims@navient.com Aug 29 2018 23:27:42     S L M Financial Corp/Sallie Mae,
                 Sallie Mae,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
517606808      +E-mail/PDF: clerical@simmassociates.com Aug 29 2018 23:28:14     SIMM ASSOCIATES, INC.,
                 800 PENCADER DRIVE,   Newark, DE 19702-3354
517608088      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 23:28:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517606809      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2018 23:27:53     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
517606810       E-mail/Text: bankruptcy@td.com Aug 29 2018 23:30:37     TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
                                                                                               TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2            Date Rcvd: Aug 29, 2018
                              Form ID: pdf905            Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Brian    Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian    Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Shauna L Simpson ecfbc@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```